IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DELFINO GARCIA CABAX,**
**A-209-218-763**

    *Petitioner,*

v.                                             **CASE NO.: 4:20cv478-MW/MAF**

**WILLIAM BARR,**
**et al.,**

    *Respondents.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. This case is transferred to the United States District Court for the Western District of Louisiana, Alexandria division. The Clerk shall take all necessary steps to effect the transfer and close the file.

**SO ORDERED** on November 4, 2020.

                                                s/Mark E. Walker
                                                **Chief United States District Judge**